AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Brandon Michael Reckert<br><br>*Defendant(s)* | )<br>)  Case No. 3:22mj97<br>)<br>)<br>)<br>) |

FILED
SEP 06 2022
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 20, 2022__ in the county of __Berkeley__ in the __Northern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(9) | Possession of Firearm by Person Previously Convicted of Misdemeanor Crime of Domestic Violence |

This criminal complaint is based on these facts:
See attached Affidavit (incorporated by reference).

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Lauren Scoll, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/06/2022

_____
*Judge's signature*

City and state: Martinsburg, West Virginia

Robert W. Trumble, United States Magistrate Judge
*Printed name and title*