

FILED

SEP 0 6 2022

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CASE NO. 3:22mJ987

BRANDON MICHAEL RECKERT

    Defendant.

## AFFIDAVIT

I, Special Agent Lauren Scoll, being duly sworn, depose and state:

### Introduction

1.    I became a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") in March 2005. I had a voluntary break in service in 2013 and was reinstated in February 2021. I am currently assigned to the Martinsburg, West Virginia, Field Office and have been tasked with investigating various cases including, but not limited to, violations of federal firearm, explosive, arson, alcohol and tobacco laws. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. I am a graduate of the Criminal Investigator Training Program and ATF's Special Agent Basic Training at the Federal Law Enforcement Training Center in Glynco, Georgia. This included training in the investigative techniques of criminal violations of the Gun Control Act (18 U.S.C. ch. 44) and the National Firearms Act (26 U.S.C. ch. 53). In my capacity as a law enforcement officer, I have investigated individuals for the illegal possession and use of firearms, illegal possession and distribution of controlled substances, and the commission of violent crimes. As a result of my training and experience, I am familiar with

violations of Title 18, United States Code, Section 922(g)(9) (Possession of Firearm by Person Previously Convicted of a Misdemeanor Crime of Domestic Violence).

2. Because this Affidavit is being submitted for the limited purpose of obtaining a complaint and arrest warrant for Brandon Michael RECKERT (DOB: 03/23/1994), I have set forth only those facts I believe are necessary to establish probable cause to believe that RECKERT committed violations of Title 18, United States Code, Section 922(g)(9) within the Northern District of West Virginia.

3. On June 23, 2022, I received information from ATF Harrisburg Field Office SA Mike O'Donnell regarding an individual identified as RECKERT, who resides in Harper's Ferry, West Virginia, and is involved in the manufacturing and sales of Privately Made Firearms ("PMF"). SA O'Donnell advised that the Pennsylvania Attorney General's Office ("PAAGO") had conducted a narcotics and firearms/PMF trafficking investigation, which resulted in the arrest of an individual, who is further referred to as Confidential Informant ("CI") 31228. During the debrief of CI 31228, he/she advised investigators that he/she purchased the PMFs recovered by the PAAGO from Brandon RECKERT with a telephone number (571) 225-2677.

4. On June 27, 2022, I contacted CI 31228 via telephone. CI 31228 advised he/she advertised a dirt bike for sale on Facebook Marketplace in March 2022 and received a response from Brandon RECKERT asking if he/she'd be willing to trade the dirt bike for firearms. The CI responded that he/she was interested but ended up purchasing the firearms with cash instead. All of the firearms RECKERT offered to trade/sell were "ghost guns" or PMFs and sent photographs of PMFs he had available to the CI.

5. RECKERT traveled to Chambersburg, PA where he met CI 31228. CI 31228 recalled purchasing four PMFs for approximately $3,500 from RECKERT. RECKERT advised he

ordered parts for the PMFs online and had them shipped to different addresses, and that he manufactures the PMFs at his residence. RECKERT had multiple firearms for sale, including Glocks and AR/Blackouts. CI 31228 was arrested on March 24, 2022 for selling the PMFs purchased from RECKERT to an undercover agent with the PAAGO.

6. CI 31228 described RECKERT as skinny, approximately 5'9 to 5'10", close to 30 years old, with reddish blonde hair.

7. On June 27, 2022, I queried West Virginia Department of Motor Vehicle records ("DMV") for Brandon RECKERT and identified an individual by that name residing in Harper's Ferry, West Virginia. I obtained a photograph of RECKERT from the West Virginia DMV which matched the description given by the CI of the individual who identified himself as RECKERT.

8. On June 28, 2022, ATF Task Force Officer ("TFO") George Harms and I met with CI 31228. CI 31228 showed me Facebook messages and text messages he/she had with RECKERT from March through May 2022. Numerous messages were observed in which RECKERT provided photographs of firearms he had for sale and the prices he was willing to sell them for.

9. I showed CI 31228 a West Virginia DMV photograph of Brandon Michael RECKERT (DOB: 03/23/1994) and CI 31228 identified that individual as the RECKERT he/she purchased PMFs from in March 2022.

10. CI 31228 advised he/she has kept in contact with RECKERT through text after his/her March 24, 2022 arrest, with the most recent contact being approximately one month prior. CI 31228 provided RECKERT's cellphone number as (571) 225-2677.

11. On June 30, 2022, I directed CI 31228 to contact RECKERT and attempt to arrange a firearm purchase. CI 31228 then texted RECKERT at (571) 225-2677, inquiring if RECKERT was "still in business."

12. RECKERT responded with photographs of approximately five firearms he had for sale and their prices. CI 31228 attempted to arrange the purchase of two Glock pistols and a 300 Blackout AR from RECKERT for $1750 the following week; however, RECKERT texted CI 31228 late on July 1, 2022 and advised he had sold all the firearms he had and would "prolly be out a while."

13. On July 19, 2022, CI 31228 contacted me and advised he/she received text messages from Brandon RECKERT advising that he had firearms for sale. I directed CI 31228 to arrange to purchase firearms from RECKERT the following day. CI 31228 arranged to purchase a .300 Blackout AR pistol, 10.5-inch NATO rifle, Glock 19 style pistol, ammunition, and magazines from RECKERT for the agreed upon amount of $2,200 in Martinsburg, West Virginia on July 20, 2022.

14. On July 20, 2022, ATF Agents utilized CI 31228 to conduct a monitored and recorded buy/walk operation of a .300 Blackout AR PMF pistol, 10.5-inch NATO PMF rifle, Glock 19 style PMF pistol, ammunition, and magazines from RECKERT for $2,200 in Martinsburg, West Virginia. CI 31228 was driven by his/her friend to a predetermined location to meet with ATF agents. CI 31228, his/her driver, and their vehicle were searched for contraband and the CI was outfitted with monitoring and recording equipment and was provided with $2,200 in buy money.

15. Surveillance units then followed CI 31228 and his/her driver to the area of the meet location, where CI 31228's driver exited the vehicle and entered a store. CI 31228 then met with RECKERT, who was driving a black Chrysler minivan, in the parking lot of the Wal-Mart located on Hammonds Mill Road, in Martinsburg, West Virginia. CI 31228 then followed RECKERT's

minivan to the parking area in front of the Fiesta Tapatia restaurant located adjacent to the Wal-Mart where CI 31228 was observed meeting with RECKERT. CI 31228 and RECKERT exited their vehicles and were observed talking. RECKERT was seen handing the CI items that appeared to be firearms wrapped in cloth. RECKERT was then observed counting money.

16. Following the transaction, the CI's driver returned to the vehicle and the CI's vehicle was followed by ATF agents to a predetermined debriefing location. In the backseat of the CI's vehicle, ATF agents located a .300 Blackout AR style PMF pistol and a NATO AR-style PMF rifle with loaded magazines wrapped in dark colored cloth. A red and black backpack was also searched and found to contain a Glock style 9mm PMF pistol in a hard sided case along with four magazines containing ammunition. All items were photographed and taken into ATF custody. The CI, his/her driver's person, and their vehicle were searched for contraband and unspent funds, with negative results.

17. SA Justin Schaefer conducted a debrief of CI 31228. CI 31228 stated RECKERT arrived at the meet location with his family. RECKERT identified the female with him as the mother of his two children. RECKERT's family exited the minivan and entered the business while RECKERT conducted the controlled purchase. CI 31228 exited his/her vehicle and opened the back door of his/her vehicle to load the firearms from RECKERT into the backseat of his/her vehicle. CI 31228 provided $2,200 in US currency to RECKERT for the firearms. RECKERT counted out the money and ensured the agreed upon amount was met.

18. CI 31228 inquired with RECKERT about how he planned to spend the money. RECKERT indicated that he planned to invest half of the money into cryptocurrency and use the other half to purchase more parts to build more AR-15 firearms. CI 31228 let RECKERT know

he/she would be interested in purchasing more firearms and requested RECKERT contact him/her once RECKERT had more firearms for sale.

19. Surveillance units conducted a surveillance operation on RECKERT from the meet location. Following the transaction with CI 31228, RECKERT's passengers returned to the vehicle and the vehicle was observed backing out of the parking spot and driving out of the lot. Surveillance units followed RECKERT's vehicle to various locations in Martinsburg, West Virginia where he switched out driving with his passenger, a black female. Surveillance units followed the vehicle to the area of Russell Road, in Purcellville, Virginia. Surveillance units did not attempt to follow RECKERT onto Russell Road, a narrow gravel road. Agents were aware of this potential second address for RECKERT, identified as 11408 Russell Road, Purcellville, Virginia 20132. This address is believed to be the residence of RECKERT's father, Bradley Reckert.

20. SA Martin and I were able to observe the temporary tag on the Chrysler minivan as Virginia tag #53817Y. I conducted a vehicle registration search and determined that the 2010 Chrysler van is registered to Kateea NAPPER, at 320 Chestnut Hill Road, Harpers Ferry, WV 25425. I conducted a West Virginia DMV search and identified a Kateea Shinielle NAPPER, a 31-year-old black female, with a residence of 320 Chestnut Hill Road, Harpers Ferry, West Virginia 25425. A NCIC criminal history check revealed that NAPPER is a convicted felon.

21. On July 14, 2022, I obtained a search warrant for the Facebook account associated with RECKERT, identified as brandon.reckert.1, with the United States District Court for the Northern District of West Virginia. On August 3, 2022, I reviewed the Facebook content for RECKERT. The Facebook account identified as brandon.reckert.1 is registered to RECKERT through a Gmail account listed as brandonki250@gmail.com. The telephone number associated

with the account is (571) 225-2677, the same telephone number RECKERT communicates with CI 31228 through.

22. On July 25, 2021, RECKERT posted a photograph of himself to another user's post. I recognized this individual as the RECKERT that CI 31228 confirmed was the individual he purchased PMFs from.

23. Facebook records revealed that RECKERT advertised for sale or attempted to sell firearms to multiple individuals on Facebook Marketplace. Specifically, from June 29 to June 30, 2022, RECKERT offered to sell firearms (including several he had advertised to the CI as PMFs) to five different individuals. During one of these conversations, RECKERT explained to a potential purchaser who asked about background checks, "No Bro these are Ghosts.. not guns lol" and "No checks needed."

24. I conducted a criminal history records check and determined that RECKERT was convicted of misdemeanor assault/battery on a family member. I obtained RECKERT's certified conviction documents and determined that he was convicted of Misdemeanor Domestic Assault and Battery on February 4, 2020, in Loudoun County, Virginia Juvenile and Domestic Relations Court (Case #JA029960-02-00) and sentenced to 12 months confinement. RECKERT was ordered to have no contact with his girlfriend, Kateea Napper, or their daughter Kabreea Reckert, without a supervising third party adult present. Under the terms of his plea and conviction RECKERT signed and acknowledged that he is prohibited from possessing firearms and ammunition.

25. Based on the facts above, I believe that RECKERT, a prohibited person due to his Misdemeanor Conviction of Domestic Violence, has possessed privately manufactured firearms in violation of 18 U.S.C. § 922(g)(9).

_____
Special Agent Lauren Scoll
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to and subscribed to me this 6th day of September, 2022.

_____
ROBERT W. TRUMBLE
UNITED STATES MAGISTRATE JUDGE