FILED

SEP 20 2022

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Criminal No. 3:22-CR- 51 |
| v. | Violations: 18 U.S.C. § 922(a)(1)(A) |
| **BRANDON MICHAEL RECKERT,** | 18 U.S.C. § 922(g)(9) |
| Defendant. | 18 U.S.C. § 923(a) |
| | 18 U.S.C. § 924(a)(1)(D) |
| | 18 U.S.C. § 924(a)(2) |
| | 18 U.S.C. § 924(a)(8) |
| | 26 U.S.C. § 5812 |
| | 26 U.S.C. § 5841 |
| | 26 U.S.C. § 5861(d) |
| | 26 U.S.C. § 5861(e) |
| | 26 U.S.C. § 5871 |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Engaging in the Business Without a License)

From in or about March of 2022, to on or about September 8, 2022, in Berkeley County and Jefferson County, in the Northern District of West Virginia and elsewhere, including the Eastern District of Virginia, the defendant, **BRANDON MICHAEL RECKERT**, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT TWO

(Possession of Firearm by Prohibited Person)

On or about July 20, 2022, in Berkeley County, West Virginia, in the Northern District of West Virginia and elsewhere, defendant **BRANDON MICHAEL RECKERT**, knowing he had previously been convicted of a misdemeanor crime of domestic violence, that is, Assault and Battery Against a Family or Household Member in Case Number JA029960-02-00, in the Loudoun County, Virginia, Juvenile and Domestic Relations District Court on February 4, 2020, knowingly possessed a firearm, to wit, a privately manufactured .300 Blackout AR-15 style pistol, a privately manufactured 9mm caliber Glock 19 style pistol, and the firearm was in and affecting commerce; in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(8).

## COUNT THREE

(Transfer of Firearm in Violation of National Firearm Act)

On or about July 20, 2022, in Berkeley County, in the Northern District of West Virginia, defendant **BRANDON MICHAEL RECKERT** did unlawfully and knowingly transfer a firearm, to wit: a privately manufactured 5.56 NATO caliber AR-15 style rifle (ATF Item 002), a short-barreled rifle with a barrel length less than 16 inches, to another person, and that was not registered in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Sections 5812, 5841, 5861(e), and 5871.

## **COUNT FOUR**

(Possession of Unregistered Firearm)

On or about September 8, 2022, in Jefferson County, in the Northern District of West Virginia, defendant **BRANDON MICHAEL RECKERT**, did knowingly possess a firearm, to wit: a privately manufactured .300 Blackout caliber semiautomatic AR-15 style rifle (ATF Item 021), a short-barreled rifle with a barrel length less than 16 inches that was not registered to him in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT FIVE

(Possession of Firearm by Prohibited Person)

On or about September 8, 2022, in Jefferson County, West Virginia, in the Northern District of West Virginia and elsewhere, defendant **BRANDON MICHAEL RECKERT**, knowing he had previously been convicted of a misdemeanor crime of domestic violence, that is, Assault and Battery Against a Family or Household Member in Case Number JA029960-02-00, in the Loudoun County, Virginia, Juvenile and Domestic Relations District Court on February 4, 2020, knowingly possessed a firearm, to wit, a privately manufactured 5.56 NATO caliber AR-15 style pistol, and the firearm was in and affecting commerce; in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(8).

## **FORFEITURE ALLEGATION**

*Gun Control Act*

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), the government will seek the forfeiture of any firearm and any ammunition involved in or used in any knowing violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D), including the following:

1. Black and yellow Rockey Brass toolbox containing tools and firearms parts
2. Four AR lower receivers
3. Three undrilled AR lower receivers
4. Butt stock
5. JMT Gen 2 AR lower receiver with butt stock
6. Polymer80 Receiver Model PF940C
7. Black handgun case
8. Black mag carrier tactical vest
9. Six AR magazines and one loaded pistol magazine
10. Three rifle butt stocks
11. Three AR magazines
12. Pro Mag AR Magazine
13. Magazine ammunition loader
14. Box of assorted firearms parts and accessories
15. Green ammo can with six AR magazines
16. Green ammo can with twelve AR magazines and nine pistol magazines
17. Black Bianchi holder
18. Rock Island Armory revolver model 200, serial no. RIA2381533
19. Central Machine Supply 5 speed drill press
20. Polymer80 box with assorted drill bits and firearm manufacturing components
21. Dewalt compact router, model DWP611

22. AR lower receiver in 80% Arms Jig
23. Various rounds of ammunition

*National Firearms Act*

Pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any firearm involved in any violation of Title 26, United States Code, Section 5861.

A True Bill,

/s/
Grand Jury Foreperson

/s/
WILLIAM IHLENFELD
United States Attorney

Eleanor F. Hurney
Assistant United States Attorney